UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **MICHAEL DEVEL WHITENER,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0792 AS |
| | ) | |
| **ALAN FINNAN, Superintendent,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM OPINION AND ORDER*

This court has before it the order of the Court of Appeals in its Number 06-2888 and fully intends to comply with the same as is necessary. In compliance with that order regarding a so-called limited remand, this court now affords and **ORDERS** the respondent in this case to file the extra materials that the Court of Appeals has ordered with this court, with copies of the same to the petitioner, Michael D. Whitener, wherever he may be located. When those materials are provided, this court will provide them to the Court of Appeals as mandated. This order should be complied with as promptly as possible. **IT IS SO ORDERED**.

**DATED:** March 22, 2007

                                                     S/ ALLEN SHARP
                                                   **ALLEN SHARP, JUDGE**
                                                   **UNITED STATES DISTRICT COURT**

cc: petitioner and counsel of record
    Clerk, U.S. Court of Appeals