UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| **MICHAEL DEVEL WHITENER,** | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | No. 3:05cv0792 AS |
| | ) | |
| **ALAN FINNAN, Superintendent,** | ) | |
| | ) | |
| Respondent | ) | |

*MEMORANDUM*

This court has no desire whatsoever to avoid its responsibilities in this case. With all deference, it seems that the pro se motion filed by Michael David Whitener on April 2, 2007 raises questions that are beyond the discretion of this court in this case at this time. The Clerk of this court is therefore **ORDERED** to transmit the three-page handwritten document filed by Michael D. Whitener to the Clerk of the Court of Appeals for such actions as may be necessary. **IT IS SO ORDERED**.

**DATED:** April 9, 2007

S/ ALLEN SHARP
**ALLEN SHARP, JUDGE**
**UNITED STATES DISTRICT COURT**